IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADAMS, et al., | CASE NO. CV-F-02-5741 LJO |
| Plaintiffs, | **ORDER TO SET FURTHER STATUS CONFERENCE** |
| vs. | Date: February 7, 2006 |
| PAUL SPEERS, et al., | Time: 8:30 a.m |
| Defendants. / | Dept.: 6 (LJO) |

This Court conducted an April 27, 2005 status conference to address the appeal of this Court's order denying defendant CHP Officer Paul Speers' summary judgment/adjudication. Officer Speers appeared at the status conference by telephone by Scott H. Wyckoff, California Deputy Attorney General. Plaintiffs John and Cathy Adams failed to appear at the status conference, during which Mr. Wyckoff explained the briefing schedule before the Ninth Circuit Court of Appeals. On the basis of good cause, this Court SETS a status conference for February 7, 2006 at 8:30 a.m. in Department 6 (LJO) to address the status of the appeal and whether this action may proceed in this Court. Counsel are encouraged to appear at the status conference by telephone by arranging a one-line conference call and adding the Court at (559) 498-7322. This Court ORDERS counsel to immediately inform this Court of action by the Ninth Circuit Court of Appeals to return or remand the action to this Court.

IT IS SO ORDERED.

**Dated:   April 27, 2005**          /s/ Lawrence J. O'Neill
66h44d                              UNITED STATES MAGISTRATE JUDGE

1