IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADAMS, et al., | CASE NO. CV F 02-5741 LJO |
| Plaintiffs, | **ORDER TO SET STATUS CONFERENCE** |
| vs. | |
| PAUL SPEERS, et al., | Date:  January 11,2007<br>Time:  8:30 a.m<br>Dept.:  8 (LJO) |
| Defendants. | |

This Court set an October 16, 2006 status conference to address defendant Paul Speers' appeal of summary judgment in favor of plaintiffs John Adams and Cathy Adams.  The parties counsel informed this Court that they have completed appellate briefing and await a date for oral argument.  On the basis of good cause, this Court:

1.  VACATES the October 16, 2006 status conference; and

2.  SETS a status conference for **January 11, 2007** at 8:30 a.m. in Department 8 (LJO) to address the status of the appeal and whether this action may proceed in this Court.  The parties' counsel are encouraged to appear at the status conference by telephone by arranging a one-line conference call and telephoning the Court at(559) 499-5680.

IT IS SO ORDERED.

**Dated:   October 13, 2006**            /s/ Lawrence J. O'Neill
66h44d                                         UNITED STATES MAGISTRATE JUDGE

1