IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADAMS, et al., | CASE NO. CV F 02-5741 LJO |
| Plaintiffs, | **ORDER TO SET TRIAL SETTING CONFERENCE** |
| vs. | Date: February 15, 2007 |
| PAUL SPEERS, et al., | Time: 8:45 a.m. |
| | Dept.: 8 (LJO) |
| Defendants. / | |

With the Ninth Circuit Court of Appeals' January 10, 2007 to uphold denial of qualified immunity to defendant Paul Speers, this Court SETS a trial setting conference for February 15, 2007 at 8:45 a.m. in Department 8 (LJO). At the conference, the parties' counsel shall be prepared to set dates for further discovery, if necessary, a pretrial conference and trial. If jointly requested by the parties, this Court will entertain to set a settlement conference. The parties' counsel may appear at the trial setting conference by arranging a one-line conference call and adding the Court at (559) 499-5680.

IT IS SO ORDERED.

**Dated:   January 10, 2007**            /s/ Lawrence J. O'Neill
66h44d                                    UNITED STATES MAGISTRATE JUDGE

1