RANDAL W. HOOPER (State Bar No. 95068)
RICHARD C. BENNETT (State Bar No. 60561)
BENNETT, JOHNSON & GALLER
1901 Harrison Street, Suite 1650
Oakland, California 94612
Telephone:    (510) 444-5020
Facsimile:    (510) 835-4260

Attorneys for the Plaintiffs,
JOHN ADAMS and CATHY ADAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| JOHN ADAMS and CATHY ADAMS, individually, and JOHN and CATHY ADAMS as successors in interest to ALAN ADAMS,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>OFFICER PAUL SPEERS, et al. and DOES 1 through 40, inclusive,<br><br>　　　　Defendants. | No.   CV-F-02-5741 LJO DLB<br><br>ORDER GRANTING CONTINUANCE OF TRIAL DATE AND PRETRIAL CONFERENCE DATE |

　　　IT IS HEREBY ORDERED that the trial date is continued to June 30, 2008 at 8:30 a.m. in Dept. 8 (LJO) and the Pretrial Conference is continued to April 29, 2008 at 8:30 a.m. in Dept. 8 (LJO).

DATED:   12/3/07　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　Judge of the U.S. District Court

1

**STIPULATION AND ORDER TO EXTEND TRIAL DATE AND PRETRIAL CONFERENCE DATE**