IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADAMS, et al., | CASE NO. CV F 02-5741 LJO DLB |
| Plaintiffs, | **ORDER TO AMEND PRETRIAL ORDER** |
| vs. | |
| PAUL SPEERS, | |
| Defendant. | |
| _____/ | |

This Court conducted an April 29, 2008 pretrial conference and issued a Pretrial Order on April 30, 2008. The Court requires one original and one copy of indexed trial exhibits. The Court requires counsel to file the following **on June 20, 2008, rather than June 26, 2008**: (1) trial exhibits and indexes, (2) objections to exhibits, (3) designated discovery documents, (4) deposition testimony, (5) joint statement of the case, (6) proposed voir dire questions, (7) proposed jury instructions (and objections), and (8) proposed verdict forms (and objections).

On the basis of good cause, this Court AMENDS its Pretrial Order (Doc. 165) in the following ways:

    **1.**    **Page 25, lines 19-20:** "one copy" replaces "two copies" and "June 20, 2008" replaces "June 26, 2008." Therefore, these lines shall read: "The original and one copy of all pre-marked trial exhibits (joint and separate), along with the appropriate indexes, shall be **submitted to the clerk's office** no later than **June 20, 2008.**";

2. **Page 26, line 25:** "June 20, 2008" replaces "June 26, 2008";

3. **Page 26, line 5:** "June 20, 2008" replaces "June 26, 2008.";

4. **Page 26, Line 15**: "June 20, 2008" replaces "June 23, 2008.";

5. **Page 26, Line 17**: "June 23, 2008" replaces "June 26, 2008";

6. **Page 26, Line 19**: "June 23, 2008" replaces "June 26, 2008";

7. **Page 27, Line 21**: "June 20, 2008" replaces "June 26, 2008";

8. **Page 27, Line 28**: "June 20, 2008" replaces "June 26, 2008";

9. **Page 28, Line 4**:  "June 20, 2008" replaces "June 26, 2008";

10. **Page 28, Line 11-12**: "June 20, 2008" replaces "June 26, 2008"; and

11. **Page 28, Line 26**:  "June 20, 2008" replaces "June 26, 2008."

**IT IS SO ORDERED.**

**Dated:   May 6, 2008**                        /s/ Lawrence J. O'Neill
                                        **UNITED STATES DISTRICT JUDGE**