IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADAMS, et al., | CASE NO. CV F 02-5741 LJO DLB |
| Plaintiffs, | **ORDER TO EXTEND DEADLINES ON PLAINTIFFS' MOTION IN LIMINE ON DEFENSE POLICE PRACTICES EXPERT** (Doc. 182.) |
| vs. | |
| PAUL SPEERS, et al., | |
| Defendants. / | |

This Court GRANTS plaintiffs' request to extend the deadlines on plaintiffs' motion in limine to address defense police practices expert Jared Zwickey. This Court ORDERS:

1. Plaintiffs, no later than June 4, 2008, to file and serve its motion in limine to address defense police practices expert Jared Zwickey; and

2. Defendants, no later than June 11, 2008, to file and serve its response to the motion in limine.

This Court will consider the motion in limine at the July 13, 2008 motions in limine hearing.

IT IS SO ORDERED.

**Dated:   May 29, 2008**                     /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE