IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADAMS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>PAUL SPEERS, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. CV F 02-5741 LJO DLB<br><br>**ORDER ON DEFENDANT'S MOTION TO RECONSIDER EXTENSION FOR PLAINTIFFS' MOTION IN LIMINE ON DEFENSE POLICE PRACTICES EXPERT**<br>(Doc. 185.) |

　　　　This Court granted plaintiffs' request to extend the deadlines on plaintiffs' motion in limine to address defense police practices expert Jared Zwickey. Defendant seeks reconsideration of the extension on grounds that one of plaintiffs' attorneys was available to prepare the motion in limine pursuant to this Court's pretrial order schedule.

　　　　This Court appreciates defendant's points. Nonetheless, this Court prefers to address, to the extent possible, evidentiary issues prior to trial to promote trial expediency and efficiency. To that end, this Court may issue rulings on any or all motions in limine without oral argument. Moreover, defendant points to no prejudice from the extension. As such, this Court DENIES reconsideration of the extension on plaintiffs' motion in limine to address defense police practices expert Jared Zwickey.

　　　　IT IS SO ORDERED.

**Dated:   May 29, 2008**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1