1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JOHN ADAMS, et al.,                                      CASE NO. CV F 02-5741 LJO DLB

      Plaintiffs,                                      **ORDER RESETTING TRIAL**

    vs.

PAUL SPEERS, et al.,

        Defendants.
_____/

On August 14, 2008, this Court conducted a status conference to reset the trial date following the mistrial. Plaintiffs appeared by telephone by counsel Richard Bennett.  Defendant appeared by telephone by counsel Deputy Attorney General Scott Wyckoff.

Trial is set for January 20, 2009 at 8:30 a.m in Department 4.  The Court intends to give the same jury instructions, and use the same verdict form and voir dire questions.  Should the parties desire any changes to any matters to be presented to the jury, the parties shall submit such change request no later than thirty (30) days before trial.

IT IS SO ORDERED.

**Dated:    August 14, 2008**          _____/s/ Lawrence J. O'Neill_____
                                         UNITED STATES DISTRICT JUDGE

1