IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADAMS, et al., | CASE NO. CV F 02-5741 LJO DLB |
| Plaintiffs, | **ORDER TO SET POST-PHASE ONE TRIAL DEADLINES** |
| vs. | |
| PAUL SPEERS, et al., | |
| Defendants. | |

With the February 4, 2009 jury verdict, this Court:

1. ORDERS the parties, no later than February 13, 2009, to contact the Court at (559) 499-5680 to indicate if they desire to conduct the punitive damages phase two of the trial in an open court proceeding;

2. ORDERS the parties, no later than March 3, 2009, to file and serve papers on the punitive damages phase two of the trial, if the parties elect to proceed without an open court proceeding;

3. ORDERS the parties:

    A. No later than March 3, 2009, to file and serve further post-trial motions and papers, if any;

    B. No later than March 18, 2009, to file and serve opposition papers to further post-trial motions; and

        C.      No later than March 23, 2009, to file and serve reply papers for further post-trial motions; and

4.    SETS a hearing for April 10, 2009 at 1:30 p.m. in Department 4 (LJO) on further post-trial motions. The parties are encouraged to appear at the hearing by arranging a conference call and telephoning the Court at (559) 499-5680.

IT IS SO ORDERED.

**Dated:**   **February 5, 2009**           /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE