# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADAMS, et al., | CASE NO. CV F 02-5741 LJO DLB |
| Plaintiffs, | **RENEWED ORDER TO SET POST-PHASE ONE TRIAL DEADLINES** |
| vs. | |
| PAUL SPEERS, et al., | |
| Defendants. | |

With the February 4, 2009 jury verdict and subsequent settlement developments, this Court:

1. ORDERS the parties, no later than April 22, 2009, to file and serve papers on the punitive damages phase two of the trial;

3. ORDERS the parties:

   A. No later than April 22, 2009, to file and serve further post-trial motions and papers, if any;

   B. No later than May 7, 2009, to file and serve opposition papers to further post-trial motions; and

   C. No later than May 13, 2009, to file and serve reply papers for further post-trial motions; and

4. RESETS a hearing for May 28, 2009 at 1:30 p.m. in Department 4 (LJO) on further post-trial motions. The parties are encouraged to appear at the hearing by arranging a

1   conference call and telephoning the Court at (559) 499-5680.

2   IT IS SO ORDERED.

3   **Dated:   February 20, 2009**                    /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE