UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADAMS, et al., | CASE NO. CV F 02-5741 LJO DLB |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| PAUL SPEERS, | |
| Defendant. | |
| _____/ | |

Plaintiffs' counsel informed this Court that settlement of this action has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than May 25, 2009, to file papers to dismiss this action in its entirety.

This Court VACATES all court dates and pending matters, including the May 28, 2009 hearing on post-trial motions.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and 16-272.

IT IS SO ORDERED.

**Dated:   April 6, 2009**                                     /s/ Lawrence J. O'Neill
                                                                               UNITED STATES DISTRICT JUDGE