**FILED**

**JAN 06 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY: _____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADAMS, et al., | 1:02-cv-5741-LJO-DLB |
| Plaintiffs, | **AMENDED ORDER DIRECTING CLERK OF COURT TO RETURN DEPOSITED FUNDS** |
| v. | |
| OFFICER PAUL SPEERS, et al., | |
| Defendants. | |

During the course of a routine review of funds held in this Court's registry accounts, it has come to the Court's attention that $250.00 remains in the registry account for this case, deposited by the State of California for Defendant Paul Speers on January 31, 2005 (Receipt Number 201041) in connection with an interlocutory appeal that is complete. *See* Doc. 148. Thereafter, the case resolved by way of settlement and the action was closed. Docs. 268-70. Therefore, the Clerk of Court is ordered to return the above-mentioned funds, along with interest, as appropriate, to the depositing party.

The funds deposited by the State of California ($250.00) shall be made payable to:

State of California
c/o Catherine A. Woodbridge Guess
Attorney General's Office of the State of California
Department of Justice
1300 I Street
Sacramento, CA 95814

**IT IS SO ORDERED**

Dated: January 6, 2016                    _____
                                          United States District Judge